IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:22-cr-30098-DWD |
| ) | |
| ROBERT L. SMILEY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM & ORDER**

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 ("Motion"). (Doc. 45). The Government does not oppose the Motion. (Doc. 46).

The parties agree Defendant is eligible for a reduction of sentence under Part A of Amendment 821, which amended U.S.S.G. § 4A1.1(e). Defendant pled guilty to a single count of possession of a firearm by a felon in violation of 18 U.S.C. §922(g)(1). (Doc. 42). At sentencing, Defendant's total offense level was 23, and his criminal history category was III, which provided for an advisory guideline range of 57 to 71 months. A sentence of 57 months was imposed. Here, under the retroactive amendment to § 4A1.1, Defendant's criminal history category is reduced from III to II, resulting in a lower advisory guideline range of 51 to 63 months of imprisonment. (Docs. 45 & 46). In light of the lower advisory guideline range, the parties agree a sentence reduction from 57 months of imprisonment to 51 months of imprisonment is proper. (Docs. 45 & 46).

Upon consideration of the Motion, the Government's Response, the policy statement set forth at U.S.S.G. §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), including as considered, evaluated, and applied by the undersigned at the time of the original sentence, the Court agrees that a proportionate reduction in sentence from the original sentence imposed is appropriate.

Accordingly, the Court **GRANTS** the Motion (Doc. 45) and **REDUCES** Defendant's sentence from 57 months of imprisonment to 51 months of imprisonment on Count I, effective February 1, 2024. All other terms of the judgment dated August 10, 2023 (Doc. 42) are to remain unchanged. The Court attaches its standard order (AO Form 247) to reflect the aforementioned sentence reduction.

**SO ORDERED**.

Dated: January 23, 2024

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge